United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-3931

| | | |
|---|---|---|
| Ricky Olson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| City of Fargo; City of Fargo | * | District of North Dakota. |
| Police Department; Alex Popel, | * | |
| Officer; Paul Holte, Officer, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted:  May 21, 1997
Filed:  May 29, 1997
_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
_____

PER CURIAM.

Ricky Olson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action.  After de novo review of the record, see Earnest v. Courtney, 64 F.3d 365, 366-67 (8th Cir. 1995) (per curiam), we conclude that the district court's judgment was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Rodney S. Webb, Chief Judge, United States District Court for the District of North Dakota.

A true copy.

Attest:

          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.